IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Soltis, Joseph B | Case Number: 06 B 14672 |
|---|---|---|
| | Soltis, Katherine A | Judge: Goldgar, A. Benjamin |
| | Printed: 03/10/09 | Filed: 11/9/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 27, 2009
Confirmed: January 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,406.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,271.71 |
| Trustee Fee: | | 134.29 |
| Other Funds: | | 0.00 |
| Totals: | 2,406.00 | 2,406.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | John C Dent Ltd. | Administrative | 2,671.00 | 2,271.71 |
| 2. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Unsecured | 304.37 | 0.00 |
| 4. | Capital One | Unsecured | 462.37 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 1,199.34 | 0.00 |
| 6. | Capital One | Unsecured | 333.43 | 0.00 |
| 7. | Capital One | Unsecured | 153.58 | 0.00 |
| 8. | Capital One | Unsecured | 945.04 | 0.00 |
| 9. | Carson Pirie Scott & Co | Unsecured | 53.90 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 594.86 | 0.00 |
| 11. | GE Money Bank | Unsecured | 1,514.24 | 0.00 |
| 12. | Merrick Bank | Unsecured | 699.07 | 0.00 |
| 13. | Palos Bank & Trust Company | Secured | | No Claim Filed |
| 14. | Washington Mutual Finance | Secured | | No Claim Filed |
| 15. | Home Depot | Unsecured | | No Claim Filed |
| | | | $ 8,931.20 | $ 2,271.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 25.34 |
| 5.4% | 65.79 |
| 6.5% | 25.74 |
| 6.6% | 17.42 |
| | $ 134.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Soltis, Joseph B | Case Number:  06 B 14672 |
| Soltis, Katherine A | Judge:  Goldgar, A. Benjamin |
| Printed: 03/10/09 | Filed:  11/9/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*